## CTB REALTY VENTURES XXII, INC. *v.* GEORGE J. MARKOSKI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 388 (AC 12257), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the circumstances of this case, General Statutes §§ 49-1 and 49-14 barred the plaintiff from foreclosing its mortgage on the defendant's property?"*

The Supreme Court docket number assigned is SC 14907.

*Robert H. Weinstein,* in support of the petition.

*Martha C. Rainey,* in opposition.

Decided March 17, 1994

## LANCE BOWERS *v.* COMMISSIONER OF CORRECTION

The petitioner Lance Bowers' petition for certification for appeal from the Appellate Court, 33 Conn. App. 449 (AC 11937), is denied.

*Denise Ansell,* special public defender, in support of the petition.

*David J. Sheldon,* deputy state's attorney, in opposition.

Decided March 17, 1994

---

* Appeal withdrawn July 18, 1994.